UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DRANA LULGJURAJ,

        Plaintiff,                                No. 13-11656

vs.                                                Hon. Gerald E. Rosen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

## JUDGMENT OF DISMISSAL, WITHOUT PREJUDICE

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on May 15, 2013

        PRESENT:    Honorable Gerald E. Rosen
                                   United States District Chief Judge

The Court having this date entered an Opinion and Order concluding that federal subject matter jurisdiction is lacking and determining that this case, should, therefore, be dismissed, without prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be DISMISSED, WITHOUT PREJUDICE, for lack of federal subject matter jurisdiction.

Dated: May 15, 2013        s/Gerald E. Rosen
                                         Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2013, by electronic and/or ordinary mail.

                                         s/Julie Owens
                                         Case Manager, (313) 234-5135